■ In the Matter of MARIA Q. GENOVESE, Respondent, v MICHAEL QUINN, Appellant.—Appeal from an order of the Family Court, Queens County, dated May 21, 1986.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Judge Gage at the Family Court, Queens County. Bracken, J. P., Brown, Rubin and Spatt, JJ., concur.